IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA LAWRENCE SINGER,

    Petitioner,                    No. CIV S-08-0048 JAM KJM P

  vs.

D.K. SISTO, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. Because this petition challenges a denial of parole, the relevant documents should include the transcript of the April 26, 2006 parole hearing and any

documents, reports or letters considered by the panel; <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

      2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

      3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

      4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  June 4, 2008.

_____
U.S. MAGISTRATE JUDGE

2
sing0048.100